# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 10–37875–KRH
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Edward Small Jr.
2408 Bainbridge Street
Richmond, VA 23225

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
Debtor: xxx–xx–2589

Employer Tax–Identification (EIN) No(s).(if any):
Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 3015–2 CHAPTER 13 PLAN REQUIREMENTS

**TO:** DEBTOR OR DEBTOR'S COUNSEL

You have filed a petition with the office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on November 12, 2010. Pursuant to Local Bankruptcy Rule 3015–2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date, **November 26, 2010**.

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

Chapter 13 Plan

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date: November 15, 2010

/s/   Diane Jones
Deputy Clerk

[30152vDec2009]

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jonesd              Page 1 of 1                  Date Rcvd: Nov 15, 2010
Case: 10-37875                Form ID: 30152            Total Noticed: 1

The following entities were noticed by first class mail on Nov 17, 2010.
db           +John Edward Small, Jr.,    2408 Bainbridge Street,    Richmond, VA 23225-3936

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2010**                    **Signature:**    *Joseph Speetjens*