# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** John Edward Small Jr.

**Case Number:** 10–37875–KRH          **Date Filed:** November 12, 2010

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point–to–Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  November 15, 2010                                    William C. Redden
VAN–062 [ver. 3/2008]                                               Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: jonesd                Page 1 of 1               Date Rcvd: Nov 15, 2010
Case: 10-37875                 Form ID: VAN062             Total Noticed: 12

The following entities were noticed by first class mail on Nov 17, 2010.
db         +John Edward Small, Jr.,   2408 Bainbridge Street,   Richmond, VA 23225-3936
10080163    American Express,   P.O. Box 650448,   Dallas, TX 75265-0448
10080164    Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
10080165   +Century 21 - PHH Mortgage,   2001 Bishops Gate Blvd,   Mount Laurel, NJ 08054-4604
10080166   +Chase,   c/o Zwicker & Assoc.,   401 Professional Dr., St. 150,   Gaithersburg, MD 20879-3434
10080167    Chase Bank,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
10080168   +Chase Home Finance,   PO Box 24696,   Columbus, OH 43224-0696
10080169   +Citibank,   PO Box 630919,   Irving, TX 75063-0919
10080170    Citibank (C48743),   c/o Margolis, Pritzker,   110 West Road, St. 222,   Towson, MD 21204-0000
10080172   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court:  Internal Revenue Service,   P.O. Box 21126,
             Philadelphia, PA 19114-0326)
10082110   +US Attorney's Office,   Main Street Center 18th Floor,   600 E. Main Street,
             Richmond, VA 23219-2416

The following entities were noticed by electronic transmission on Nov 16, 2010.
10080171    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 16 2010 03:12:52      Discover Card,
             P.O. Box 71084,   Charlotte, NC 28272-1084
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 17, 2010**                     **Signature:**   *Joseph Speetjens*