IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: John Edward Small, Jr., Debtor.

Case No. 10-37875-DOT
Chapter 13

### CERTIFICATION BY DEBTOR REQUESTING CONFIRMATION OF PLAN AND COMPLIANCE WITH REQUIREMENTS OF 11 U.S.C. SECTION 1325

1. THE UNDERSIGNED CERTIFIES THAT THE STATEMENTS BELOW ARE TRUE AS OF THE DATE HEREOF AND THAT THEY WILL BE TRUE AS OF THE DATE OF CONFIRMATION OF MY CHAPTER 13 PLAN AND MAY BE RELIED UPON BY THE COURT THEN UNLESS NOTICE IN WRITING TO THE CONTRARY IS GIVEN TO THE TRUSTEE AND THE COURT AT OR PRIOR TO SUCH TIME.

2. Select either A or B.

    _X_ A. Since the filing of this bankruptcy case, I have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation (as that term is defined in 11 U.S.C. Section 101 (14A).

    ___ B. I have paid all amounts that first became due and payable after the filing of this bankruptcy case which I was required to pay under a domestic support obligation (as that term is defined in 11 U.S.C. Section 101 (14A) required by a judicial or administrative order, or by statute.

3. I have filed all Federal, State, and local tax returns required by law to be filed for all taxable periods ending during the four-year period ending on the date of the filing of this bankruptcy case.

By signing this certification requesting confirmation of Chapter 13 Plan, I acknowledge that all of the above statements are true and accurate and that the Court may rely upon the truth of each of these statements in determining whether to confirm my Chapter 13 Plan. I understand that the Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.

Signed:

/s/ _____
John Edward Small, Jr.

### Attorney's Certification

I certify that I am counsel of record for the Debtor, that I have reviewed this Certification requesting confirmation of Chapter 13 Plan with the Debtor, and that I am filing a copy of this document with the Court and with the Chapter 13 Trustee this _____ day of January, 2011.

/s/ Keith L. Phillips
Attorney for Debtor