**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 10-37875-KRH
Chapter 13

In re: Debtor(s) (including Name and Address)

John Edward Small
2408 Bainbridge Street
Richmond VA 23225

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 02/03/2011 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Chase Bank USA, N.A., PO Box 15145, Wilmington, DE 19850-5145 | CR Evergreen II, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/06/11                                         William C. Redden
                                                         **CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: jonesd                 Page 1 of 1                   Date Rcvd: Feb 04, 2011
Case: 10-37875                 Form ID: trc                 Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 06, 2011.
10146588      Chase Bank USA, N.A.,   PO Box 15145,    Wilmington, DE 19850-5145

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2011**                    **Signature:** *Joseph Speetjens*