# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re  JOHN EDWARD SMALL JR.　　　　　　　　Case No. 10-37875-KRH

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | FIA Card Services aka Bank of America |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

　　eCAST Settlement Corporation
　　POB 29262
　　New York, NY 10087-9262

Court Claim # (if known):   3
Amount of Claim:   $10,692.16
Date Claim Filed:   12/09/2010

Phone: 610-644-7800　　　　　　　　Phone: 800-671-2115
Last Four Digits of Acct #:   9211　　Last Four Digits of Acct #:   9211
Last Four of Alternate Acct #:   2774　　Last Four of Alternate Acct #:   2774

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ ALANE A. BECKET　　　　　　　Date:   02/07/2011
　　Alane A. Becket, Esquire, PA65451
　　Becket & Lee LLP, Attorneys/Agent for Creditor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

BAC10201

