UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VA
RICHMOND DIVISION

IN RE:
JOHN EDWARD SMALL, JR.
Debtor(s)

BCN#: 10-37875\KRH
Chapter: 13

NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for PHH MORTGAGE CORPORATION and requests that she be placed upon the mailing list of those creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,
Shapiro & Burson, LLP

By: _____
CHERAN D. CORDELL VSB#65361
TRENITA JACKSON STEWART VSB#48412
Shapiro & Burson, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, VA 23462
(757) 687-8777

CERTIFICATE

I certify that a copy of the foregoing was electronically transmitted and/or mailed, by first class mail, this 10th day of Mar, 2011, to the following:

KEITH L. PHILLIPS, ESQUIRE
311 SOUTH BOULEVARD
RICHMOND, VA 23220

CARL M. BATES
P.O. BOX 1819
RICHMOND, VA 23218

_____
CHERAN D. CORDELL
TRENITA JACKSON STEWART
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462
(757) 687-8777   10-208780V