Certificate Number: 01356-VAE-DE-015109238

Bankruptcy Case Number: 10-37875



01356-VAE-DE-015109238

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2011, at 7:27 o'clock PM EDT, John Edward Small, Jr. completed a course on personal financial management given by internet by Hummingbird Credit Counseling and Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   June 9, 2011           By:   /s/Michelle Ventour for Victoria Wright

                               Name:   Victoria Wright

                               Title:   Executive Director of Education