IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>JOHN EDWARD SMALL, JR.,<br><br>Debtor(s). | Bankruptcy Case No. 10-37875<br>Chapter 13<br><br><br>REQUEST FOR SPECIAL NOTICE |

TO THE CLERK AND ALL PARTIES:

      Pursuant to Federal Rule of Bankruptcy Procedure 2002(g)(1), the undersigned, B-Line, LLC, hereby notifies the Court, Debtor(s), Trustee, and interested parties in the above entitled bankruptcy case that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

B-Line, LLC
Attn: Steven Kane
P.O. Box 91121
Dept. 550
Seattle, WA 98111-9221
Phone: 866-670-2361
Fax: 206-239-1958
Email: bline.chapter13@blinellc.com


Linh K. Tran is no longer associated with B-Line in this bankruptcy case.

Dated this  23rd  day of  June         2011.

                                    /s/ Steven G. Kane
                                    Steven G. Kane
                                    Agent for B-Line, LLC
                                    P.O. Box 91121
                                    Dept. 550
                                    Seattle, WA 98111-9221
                                    Phone: 866-670-2361
                                    Fax: 206-239-1958
                                    Email: bline.chapter13@blinellc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>JOHN EDWARD SMALL, JR.,<br><br>Debtor(s). | Bankruptcy Case No. 10-37875<br>Chapter 13<br><br><br>CERTIFICATE OF SERVICE |

   I hereby certify that on the day I electronically filed the foregoing document and all applicable exhibits with the Clerk of the Bankruptcy Court using the CM/ECF system, the CM/ECF system sent notification of such filing to all parties of interest participating in the CM/ECF system, including, but not limited, to the following participants:

TRUSTEE:
CARL M. BATES

ATTORNEY:
KEITH L. PHILLIPS

                _/s/ Steven G. Kane_____
                Steven G. Kane
                Agent for B-Line, LLC
                P.O. Box 91121
                Dept. 550
                Seattle, WA 98111-9221