**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 10-37875-KRH
Chapter 13

In re: Debtor(s) (including Name and Address)

John Edward Small
2408 Bainbridge Street
Richmond VA 23225

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 02/11/2012 (date).

Name and Address of Alleged Transferor:

Claim No. 5: Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221

Name and Address of Transferee:

PYOD LLC
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/15/12

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:  
John Edward Small  
    Debtor

Case No. 10-37875-KRH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-7    User: jonesd    Page 1 of 2    Date Rcvd: Feb 13, 2012  
                Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2012.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
  10185239      E-mail/Text: resurgentbknotifications@resurgent.com Feb 14 2012 05:47:14     Roundup Funding, LLC,  
         MS 550,   PO Box 91121,   Seattle, WA 98111-9221  
                                                                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                             TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 15, 2012**                                **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7          User: jonesd               Page 2 of 2                  Date Rcvd: Feb 13, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2012 at the address(es) listed below:
           Carl M. Bates    station01@richchap13.com,
           station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
           Cheran Denise Cordell    on behalf of Creditor   PHH MORTGAGE CORPORATION vabecf@logs.com,
           vabecf@logs.com
           Keith L. Phillips    on behalf of Debtor John Small Keith@pf-law.com,
           beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com
           Linh Kiet Tran    on behalf of Transferee   CR Evergreen II, LLC bknotices@gmail.com
                                                                                                    TOTAL: 4