210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 10-37875-KRH
Chapter 13

In re: Debtor(s) (including Name and Address)

John Edward Small
2408 Bainbridge Street
Richmond VA 23225

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 02/11/2012 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/15/12                                William C. Redden
                                                **CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 10-37875-KRH
John Edward Small                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: jonesd              Page 1 of 2                Date Rcvd: Feb 13, 2012
                              Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2012.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 10185239      E-mail/Text: resurgentbknotifications@resurgent.com Feb 14 2012 05:47:20      Roundup Funding, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 15, 2012**                        **Signature:**     _Joseph Speetjens_

```
District/off: 0422-7           User: jonesd              Page 2 of 2              Date Rcvd: Feb 13, 2012
                               Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2012 at the address(es) listed below:
          Carl M. Bates    station01@richchap13.com,
           station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
          Cheran Denise Cordell    on behalf of Creditor   PHH MORTGAGE CORPORATION vabecf@logs.com,
           vabecf@logs.com
          Keith L. Phillips    on behalf of Debtor John Small Keith@pf-law.com,
           beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com
          Linh Kiet Tran    on behalf of Transferee   CR Evergreen II, LLC bknotices@gmail.com
                                                                                                      TOTAL: 4