## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

IN RE: John Edward Small, Jr.                               Case Number 10-37875

## NOTICE OF TRANSFER OF CLAIM NO. <u>10</u>

The undersigned hereby gives notice of the assignment and transfer of the above filed claim and submits the following information:

Name and address of transferor (original claimant):

PHH Mortgage Corporation
2001 Bishops Gate Blvd,
Attn: Mail Stop SV-01
Mount Laurel, New Jersey 08054


Name and address of transferee:

DTA Solutions LLC
8313 Whitley Rd. Suite A
Watauga, TX 76148


Amount of claim being transferred $ <u>26,951.10</u>

This transfer is unconditional.


This 13th day   of December, 2012.


**<u>/s/ Amy Delacerna</u>**