**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 10-37875-KRH
Chapter 13

In re: Debtor(s) (including Name and Address)

John Edward Small
2408 Bainbridge Street
Richmond VA 23225

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 12/12/2012 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. 10: PHH MORTGAGE CORPORATION, 2001 BISHOPS GATE BLVD., ATTN: MAIL STOP SV-01, MOUNT LAUREL, NEW JERSEY 08054 | DTA Solutions LLC<br>8313 Whitley Rd. Suite A<br>Watauga, TX 76148 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/15/12                                William C. Redden
                                                **CLERK OF THE COURT**

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                          Case No. 10-37875-KRH
John Edward Small                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7          User: ramirez-l              Page 1 of 2             Date Rcvd: Dec 13, 2012
                              Form ID: trc                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2012.
10307245      +PHH MORTGAGE CORPORATION,    2001 BISHOPS GATE BLVD.,    ATTN: MAIL STOP SV-01,
                MOUNT LAUREL, NEW JERSEY 08054-4604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2012**               **Signature:** _Joseph Speetjens_

```
District/off: 0422-7          User: ramirez-l              Page 2 of 2                  Date Rcvd: Dec 13, 2012
                              Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2012 at the address(es) listed below:

        Carl M. Bates   station01@richchap13.com, station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com

        Cheran Denise Cordell   on behalf of Creditor   PHH MORTGAGE CORPORATION vabecf@logs.com, vabecf@logs.com

        Keith L. Phillips   on behalf of Debtor John Small Keith@pf-law.com, beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com

        Linh Kiet Tran   on behalf of Transferee   CR Evergreen II, LLC bknotices@gmail.com

        TOTAL: 4