UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| JOHN EDWARD SMALL, JR., | ) | Case No. 10-37875-KRH |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR ALL NOTICES**

Please enter the appearance of PHILLIPS & FLECKENSTEIN, PC, specifically Abigail S. Phillips, as counsel for debtor.

Abigail S. Phillips, Esquire
PHILLIPS & FLECKENSTEIN, PC
311 South Boulevard, 2nd Floor
Richmond, VA 23220

Pursuant to Bankruptcy Rules 2002, 9010(b), and 11 U.S.C. Section 1109(b), and other applicable law, it is requested that ALL notices, pleadings, etc. be mailed to the attorneys above and that their names and addresses be added to all mailing lists.

It is certified that copies of this document have been transmitted to the parties indicated below in the manner shown.

/s/ Abigail S. Phillips
Abigail S. Phillips

---

Abigail S. Phillips, Esquire (Va. Bar No. 39649)
Phillips & Fleckenstein, PC
311 South Boulevard, 2nd Floor
Richmond, VA 23220
Telephone: (804) 358-9400
Telecopy: (804) 358-9089
aphillips@pf-law.com

Certification that copies have been sent to:

All parties, including the Interim Trustee and the Office of the U.S. Trustee, via ECF

And

John Edward Small, Jr.
2408 Bainbridge St.
Richmond, VA 23225



Abigail S. Phillips, Esquire (Va. Bar No. 39649)
Phillips & Fleckenstein, PC
311 South Boulevard, 2nd Floor
Richmond, VA 23220
Telephone: (804) 358-9400
Telecopy: (804) 358-9089
aphillips@pf-law.com