UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**IN RE:  MULTIPLE CASES ~ SEE ATTACHED LIST**

**NOTICE OF WITHDRAWAL**
**OF ATTORNEY FROM CASE REPRESENTATION**

**PLEASE TAKE NOTICE THAT** as of August 15, 2013, **Keith L. Phillips** is hereby withdrawn as counsel of record in said cases.  Notices of Appearance were previously filed on behalf of Abigail S. Phillips.

**PHILLIPS & FLECKENSTEIN, PC**

By:  /s/Abigail S. Phillips
 Counsel

Abigail S. Phillips  VSB No. 39649
Phillips & Fleckenstein, PC
311 S. Boulevard, 2nd Floor
Richmond, VA  23220
Telephone:  (804) 358-9400
Telecopy:  (804) 358-9089
aphillips@pf-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2013, a true copy of the foregoing Notice of Withdrawal of Attorney from Case Representation was sent via electronic delivery and/or first-class mail, postage prepaid to all parties in interest who receive electronic delivery from the Court of notices in these cases.

 /s/Abigail S. Phillips
 Counsel

Abigail S. Phillips VSB No. 39649
Phillips & Fleckenstein, PC
311 S. Boulevard, 2nd Floor
Richmond, VA  23220
Telephone:  (804) 358-9400
Telecopy:  (804) 358-9089
aphillips@pf-law.com

# **RELATED CASES**

| | |
|---|---|
| Case No. 07-34310-DOT | Sharon Denise Prine |
| Case No. 08-36343-DOT | Deborah Virginia Garland |
| Case No. 08-30476-DOT | George Randolph Rucker |
| Case No. 09-36697-KRH | Douglas Kent Manning |
| Case No. 12-32470-DOT | Linda Zeris Caruthers |
| Case No. 10-37232-KRH | David Harold Allen |
| Case No. 08-34199-KRH | Donald John Becker |
| Case No. 10-37875-KRH | John Edward Small, Jr. |
| Case No. 08-36706-DOT | George Robert Wagenknecht |
| Case No. 11-33779-DOT | Amy J. Moshirghafferi |
| Case No. 12-30825-KRH | Anna Marie Konrad |
| Case No. 10-33508-KRH | Robert Francis Brown and Jill Elaine Brown |