UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**IN RE:  MULTIPLE CASES ~ SEE ATTACHED LIST**

### NOTICE OF WITHDRAWAL
### OF ATTORNEY FROM CASE REPRESENTATION

**PLEASE TAKE NOTICE THAT** as of August 22, 2013, **Keith L. Phillips** is hereby withdrawn as counsel of record in said cases.  Notices of Appearance were previously filed on behalf of Abigail S. Phillips.

**PHILLIPS & FLECKENSTEIN, PC**

By:    /s/Keith L. Phillips
                Counsel

Keith L. Phillips  VSB No. 18596
Phillips & Fleckenstein, PC
311 S. Boulevard, 2nd Floor
Richmond, VA  23220
Telephone:  (804) 358-9400
Telecopy:  (804) 358-9089
keith@pf-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2013, a true copy of the foregoing Notice of Withdrawal of Attorney from Case Representation was sent via electronic delivery and/or first-class mail, postage prepaid to all parties in interest who receive electronic delivery from the Court of notices in these cases.

   /s/Keith L. Phillips
                Counsel

---

Keith L. Phillips VSB No.18596
Phillips & Fleckenstein, PC
311 S. Boulevard, 2nd Floor
Richmond, VA  23220
Telephone:  (804) 358-9400
Telecopy:  (804) 358-9089
keith@pf-law.com

## RELATED CASES

| | |
|---|---|
| Case No. 07-34310-DOT | Sharon Denise Prine |
| Case No. 08-36343-DOT | Deborah Virginia Garland |
| Case No. 08-30476-DOT | George Randolph Rucker |
| Case No. 09-36697-KRH | Douglas Kent Manning |
| Case No. 12-32470-DOT | Linda Zeris Caruthers |
| Case No. 10-37232-KRH | David Harold Allen |
| Case No. 08-34199-KRH | Donald John Becker |
| Case No. 10-37875-KRH | John Edward Small, Jr. |
| Case No. 08-36706-DOT | George Robert Wagenknecht |
| Case No. 11-33779-DOT | Amy J. Moshirghafferi |
| Case No. 12-30825-KRH | Anna Marie Konrad |
| Case No. 10-33508-KRH | Robert Francis Brown and Jill Elaine Brown |
| Case No. 08-35994-KRH | LandAmerica Financial Group, Inc. |
| Case No. 11-30602-KRH | Finis D. Garrett |
| Case No. 12-37107-DOT | Creative Energy Corp of Richmond |
| Case No. 12-36761-KRH | Old River Cabinets, Inc. |
| Case No. 10-35599-DOT | Barton Cheves Pasco, Sr. and Bettie Lee Slate Pasco |
| Case No. 10-38223-KRH | River City Cleaners, LLC |
| Case No. 10-37538-KRH | Julius Everette Johnson |
| Case No. 09-32078-DOT | Rockwood Square, LLC |
| Case No. 09-33422-DOT | Jefferson Townhouse Corporation |

3

Case No. 08-35150-DOT     Louis Mark Swann

Case No. 11-30381-KRH     Commonwealth Biotechnologies, Inc.

Case No. 10-38452-KRH     Gerard Leroy Cooney