**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re:   John Edward Small, Jr.                                    CASE NO. 10-37875-KRH

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor on **July 30, 2013**, replaces all previously filed plans if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

**It is ORDERED that:**

(1) the Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the estate shall revest in the Debtor. Notwithstanding such revesting, the Debtor shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor at their address of record.

(4) Other provisions:


Dated:  Sep 9 2013                                  /s/ Kevin R. Huennekens
                                                    United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Carl M. Bates

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN: #27815

                                         NOTICE OF JUDGMENT OR ORDER
                                         Entered on Docket  Sep 10 2013

```
                    United States Bankruptcy Court
                       Eastern District of Virginia
```

In re:                                                                Case No. 10-37875-KRH
John Edward Small                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7    User: ramirez-l    Page 1 of 1                Date Rcvd: Sep 10, 2013
                Form ID: pdford3    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2013.
db        +John Edward Small, Jr.,    2408 Bainbridge Street,    Richmond, VA 23225-3936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2013                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2013 at the address(es) listed below:
        Abigail S. Phillips    on behalf of Debtor John Edward Small, Jr. aphillips@pf-law.com,
         beth@pf-law.com;dweekley@pf-law.com
        Carl M. Bates    station01@richchap13.com,
         station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
        Cheran Denise Cordell    on behalf of Creditor    PHH MORTGAGE CORPORATION vabecf@logs.com,
         vabecf@logs.com
        Keith L. Phillips    on behalf of Plaintiff John Edward Small, Jr. Keith@pf-law.com,
         beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
        Linh Kiet Tran    on behalf of Transferee    CR Evergreen II, LLC bknotices@gmail.com
                                                                                                         TOTAL: 5