UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                              CASE NO. 10-37875-KRH
                                                    CHAPTER 13
John Edward Small, Jr.

                                                    JUDGE KEVIN R. HUENNEKENS

   DEBTOR                                           **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Carl M. Bates files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  JPMorgan Chase Bank, N.A.

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 8 | 2957 | $5,224.16 | $5,224.16 | $5,984.81 |
| Total Amount Paid by Trustee | | | | $5,984.81 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

Date:  December 22, 2014                              /s/ Carl M. Bates

Carl M. Bates
Chapter 13 Trustee
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218

CASE NO. 10-37875-KRH

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 22nd day of December, 2014.

John Edward Small, Jr., 2408 Bainbridge Street, Richmond, VA  23225

ELECTRONIC SERVICE - ABIGAIL S. PHILLIPS, Phillips & Fleckenstein Pc, 311 South Boulevard, Richmond, VA  23220

JPMorgan Chase Bank, N.A., 3415 Vision Drive, Columbus, OH  43219

ELECTRONIC SERVICE - United States Trustee

Date:  December 22, 2014                                              /s/ Carl M. Bates
                                                                                          Carl M. Bates
                                                                                          Chapter 13 Trustee
                                                                                          Chapter 13 Trustee
                                                                                          P.O. Box 1819
                                                                                          Richmond, VA  23218