**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re:  John Edward Small, Jr.                                         Case No. 10-37875-KRH
                                                                                              Chapter 13

## REPORT BY TRUSTEE OF
## COMPLETION OF PLAN PAYMENTS

NOW COMES the Chapter 13 Trustee herein, Carl M. Bates, and certifies to the Court that the Debtor has completed their plan payments pursuant to the confirmed plan in this case and are entitled to receive their discharge pursuant to Sec. 1328(a) of the Bankruptcy Code.  For cases filed on or after October 17, 2005 the Debtor(s) must file the "Certification of Plan Completion and Request for Discharge" in order to receive their discharge.  Your Trustee will proceed to close this case and file his "Final Report and Account" upon the clearing of all outstanding checks.

Date prepared: **December 22, 2014**

/s/ Carl M. Bates
Carl M. Bates
Chapter 13 Trustee

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSB #27815