# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                                **Case Number**   10−37875−KRH
                                                       **Chapter**   13

John Edward Small Jr.

                           Debtor(s)

### NOTICE TO DEBTOR(S) AND CREDITORS
### CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you <u>must</u>

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 (form attached) as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at <u>www.vaeb.uscourts.gov</u>. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1,2007 through March 31,2010, or $146,450 if the case was filed on or after April 1, 2010, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:   December 23, 2014                  William C. Redden , Clerk
                                             United States Bankruptcy Court

[ntcLBRvApril2010.jsp ver 04/01/2010]

```
                              United States Bankruptcy Court
                              Eastern District of Virginia

In re:                                                              Case No. 10-37875-KRH
John Edward Small                                                   Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7          User: ramirez-l          Page 1 of 2          Date Rcvd: Dec 23, 2014
                              Form ID: ntc4008         Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2014.
db             +John Edward Small, Jr.,    2408 Bainbridge Street,    Richmond, VA 23225-3936
cr             +JPMORGAN CHASE BANK, N.A.,    10790 Racho Bernardo Road,    San Diego, CA 92127-5705
cr             +PHH MORTGAGE CORPORATION,    c/o SHAPIRO & BURSON, LLP,    236 Clearfield Ave, Ste 215,
                 Virginia Beach, VA 23462-1893
10080163        American Express,   P.O. Box 650448,    Dallas, TX 75265-0448
10248231        American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
10080164        Bank of America,   P.O. Box 15019,    Wilmington, DE 19886-5019
10080169      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank,     PO Box 630919,   Irving, TX 75063-0000)
10080165       +Century 21 - PHH Mortgage,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
10080166       +Chase,   c/o Zwicker & Assoc.,    401 Professional Dr., St. 150,    Gaithersburg, MD 20879-3434
10080167        Chase Bank,   Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
10146588        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
10080168       +Chase Home Finance,    PO Box 24696,    Columbus, OH 43224-0696
10080170        Citibank (C48743),    c/o Margolis, Pritzker,   110 West Road, St. 222,    Towson, MD 21204-0000
10130565       +Fia Card Services, NA As Successor In Interest to,     Bank of America NA and Mbna America Bank,
                 1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
10225224       +JPMorgan Chase Bank, N.A., c/o Chase,     Home Finance, LLC as Servicing Agent,
                 3415 Vision Drive, oh4-7142,    Columbus, OH 43219-6009
10307245       +PHH MORTGAGE CORPORATION,    2001 BISHOPS GATE BLVD.,    ATTN: MAIL STOP SV-01,
                 MOUNT LAUREL, NEW JERSEY 08054-4604
10082110       +US Attorney's Office,   Main Street Center 18th Floor,     600 E. Main Street,
                 Richmond, VA 23219-2416
10259358        eCAST Settlement Corporation,    POB 29262,   New York NY 10087-9262
10214482        eCAST Settlement Corporation assignee of Citibank,     (South Dakota) NA,   POB 29262,
                 New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10540112        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2014 02:12:06     B-Line, LLC,
                 P.O. Box 91121, Dept. 550,    Seattle, WA 98111-9221
10229653        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2014 02:12:39
                 CR Evergreen II, LLC,   MS 550,   PO Box 91121,    Seattle, WA 98111-9221
11525806       +E-mail/Text: bankruptcy@dtasolutionsllc.net Dec 24 2014 02:09:55     DTA Solutions LLC,
                 8313 Whitley Rd. Suite A,    Watauga, TX 76148-2483
10087511        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 24 2014 02:12:05     Discover Bank,
                 Dfs Services LLC,   PO Box 3025,    New Albany, OH 43054-3025
10080171        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 24 2014 02:12:05     Discover Card,
                 P.O. Box 71084,   Charlotte, NC 28272-1084
10875642       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2014 02:12:40
                 East Bay Funding, LLC,   c/o Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
10080172        E-mail/Text: cio.bncmail@irs.gov Dec 24 2014 02:09:22     Internal Revenue Service,
                 P.O. Box 21126,   Philadelphia, PA 19114-0326
10966805       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2014 02:12:39     PYOD LLC,
                 c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
10185239        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2014 02:12:58
                 Roundup Funding, LLC,   MS 550,   PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             B-Line, LLC,    P.O. Box 91121,   Dept. 550,   SEATTLE, WA   98111-9221
tee*            CR Evergreen II, LLC,    MS 550,   PO Box 91121,   Seattle, WA  98111-9221
cr*            +DTA Solutions LLC,    8313 Whitley Rd,   Suite A,   Watauga, TX 76148-2483
cr*            +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*            +PYOD LLC,    c/o Resurgent Capital Services,   PO Box 19008,    GREENVILLE, SC 29602-9008
cr*             eCAST Settlement Corporation,    POB 29262,   New York, NY   10087-9262
                                                                                  TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0422-7          User: ramirez-l              Page 2 of 2                  Date Rcvd: Dec 23, 2014
                              Form ID: ntc4008             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2014                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2014 at the address(es) listed below:

```
          Abigail S. Phillips    on behalf of Debtor John Edward Small, Jr. aphillips@pf-law.com,
           beth@pf-law.com;dweekley@pf-law.com
          Carl M. Bates     station01@richchap13.com,
           station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
           om
          Cheran Denise Cordell    on behalf of Creditor    PHH MORTGAGE CORPORATION vabecf@logs.com,
           vabecf@logs.com
          Keith L. Phillips    on behalf of Plaintiff John Edward Small, Jr. Keith@pf-law.com,
           beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
          Linh Kiet Tran    on behalf of Transferee    CR Evergreen II, LLC bknotices@gmail.com
                                                                                                 TOTAL: 5
```