# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:  John Edward Small, Jr.                    Case No:    10-37875
                                                  Chapter 13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| Creditor Name and Address | Amount of Dividend |
|---|---|
| DTA Solutions LLC<br>9428 Baymeadows Road, Suite 200<br>Jacksonville, FL 33356 | $38.31 |

Date:  04-29-15                                   /s/Carl M. Bates
                                                  Carl M. Bates
                                                  Chapter 13 Trustee